

FILED BY_____DKT

04 SEP 24  PM 2: 31

CLER.... ....ADDOX
CLERK U.S. DIST. CT.
S.D. OF FL.-MIAMI

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 04-21144-CIV-GOLD/SIMONTON

ASOCIACION NACIONAL DEL
TRANSPORTE FEDERAL, ESTATAL
Y MUNICIPAL DE PASAJEROS
DE LA REPUBLIC MEXICANA, A.C.,

       Plaintiff,

v.

RONNY J. HALPERIN,
RONNY HALPERIN, P.A. and
KLUGER, PERETZ, KAPLAN
& BERLIN, P.L.,

       Defendants.

_____/

## CONSENT TO JURISDICTION BY A UNITED STATES
## MAGISTRATE JUDGE FOR FINAL DISPOSITION

       In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned party to the above-captioned civil matter, by and through undersigned counsel, hereby voluntarily consents to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto:

| | | | | |
|---|---|---|---|---|
| 1. | Motions for Costs | Yes ✓ | No ___ |
| 2. | Motions for Attorney's Fees | Yes ✓ | No ___ |
| 3. | Motions for Sanctions | Yes ✓ | No ___ |
| 4. | Motions to Dismiss | Yes ✓ | No ___ |
| 5. | Motions for Summary Judgment | Yes ✓ | No ___ |
| 6. | Jury or Non-Jury Trial on Merits | Yes ___ | No ✓ |
| 7. | Other _____ | Yes ___ | No ___ |

_____
(date)

_____
(Signature) Attorney for _____

Copies furnished to:
**U.S. Magistrate Judge Andrea M. Simonton**
Counsel of record

The Whole Respectfully Submitted,

Robert H. Dolman, Esq.
Attorney for Defendant
5550 N.E. 33rd Avenue
Fort Lauderdale, Florida 33308
(954) 689-3951
Fax: (954) 689-3952
Florida Bar Number 350321

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by United States Mail this 23rd day of September, 2004 to:

Christopher Pole, Esq.
The Trial Lawyers Building
633 S.E. 3rd Avenue, Suite 302
Ft. Lauderdale, Florida 33301
Telephone: (954) 728-8551
Facsimile: (954) 764-4731

Deborah S. Corbishley, Esq.
Michael Nachwalter, Esq.
KENNY NACHWALTER, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
Email: mnachwalter@knsacs.com
Email: dsc@knsacs.com

Ronny J. Halperin, Esq.
RONNY J. HALPERIN, P.A.
312 S.E. 17th Street, Floor 2
Ft. Lauderdale, Florida 33316
Telephone: (954) 767-4804
Facsimile: (954) 767-4821

The Clerk of the Court
United States District Court
Southern District of Florida
301 North Miami Avenue
Miami, Florida 33128