UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-21144-CIV-GOLD-SIMONTON

Associacion Nacional de Transporte Federal
Estatal y Municipal de Pasajeros de la
Republica Mexicana, A.C.,

    Plaintiff,

v.                                JOINT STIPULATION OF DISMISSAL

Ronny J. Halperin, Esq., et al.,

    Defendants.
_____/

        Plaintiff, with Defendants' concurrence and agreement, through counsel, pursuant to Rule 41(a), Fed.R.Civ.P., hereby voluntarily dismisses its claims against Defendants, with prejudice, all parties bearing their own costs and attorneys' fees.

        Respectfully submitted this 16th day of December, 2004.

| | |
|---|---|
| Robert H. Dolman, Esq.<br>5550 N.E. 33rd Avenue<br>Ft. Lauderdale, FL 33308<br>Telephone: (954)561-0655<br>Facsimile: (954)689-3952<br><br>- and -<br><br>Christopher Pole, Esq.<br>633 S.E. 3rd Avenue<br>Suite 302<br>Ft. Lauderdale, FL 33301<br>Telephone: (954)728-8951<br>Facsimile: (954)764-4731<br><br>By:_____<br>*Attorneys for Plaintiff* | Ronny J. Halperin, Esq.<br>RONNY J. HALPERIN, P.A.<br>312 S.E. 17th Street - 2nd Floor<br>Fort Lauderdale, Florida 33316<br>Telephone:  (954) 767-4804<br>Facsimile:  (954) 767-4821<br><br>By:_____<br>for  Ronny J. Halperin (FL Bar #0854743)<br><br>Michael Nachwalter, Esq.<br>Deborah S. Corbishley, Esq.<br>KENNY NACHWALTER, P.A.<br>1100 Miami Center<br>201 South Biscayne Boulevard<br>Miami, Florida 33131-4327<br>Telephone: (305) 373-1000<br>Facsimile: (305) 372-1861<br><br>By:_____<br>Deborah S. Corbishley (FL Bar #588229)<br>*Attorneys for the Kluger Peretz Defendants* |

199055.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-21144-CIV-GOLD-SIMONTON

Associacion Nacional de Transporte Federal
Estatal y Municipal de Pasajeros de la
Republica Mexicana, A.C.,

    Plaintiff,

v.

Ronny J. Halperin, Esq., et al.,

    Defendants.

_____/

### ORDER APPROVING
### STIPULATION OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came to be heard on the parties' Joint Stipulation of Dismissal, and the Court having reviewed the notice, the file, and being otherwise duly advised in the premises, it is hereby

**ORDERED and ADJUDGED** that the Stipulation of Dismissal of Plaintiff's Claims Against Defendants is APPROVED. Plaintiff's claims against Defendants are dismissed, with prejudice.

The Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement. All motions are denied as moot and the Clerk of Court is directed to close this case.

**DONE and ORDERED** in Chambers at Miami, Miami-Dade County, Florida this _____ day of _____, 2004.

                                    THE HONORABLE ALAN S. GOLD
                                    U.S. DISTRICT COURT JUDGE

199046 1

Copies furnished to:

    Counsel on Attached Service List

Associacion Nacional de Transporte Federal Estatal
y Municipal de Pasajeros de la Republica Mexicana, A.C.
v.
Ronny J. Halperin, Esq., et al.

Case No. 04-21144-Civ-Gold-Simonton

## SERVICE LIST

Robert H. Dolman, Esq.
5550 N.E. 33rd Avenue
Ft. Lauderdale, FL 33308
Telephone: (954)561-0655
Facsimile: (954)689-3952

- and -

Christopher Pole, Esq.
633 S.E. 3rd Avenue
Suite 302
Ft. Lauderdale, FL 33301
Telephone: (954)728-8551
Facsimile: (954)764-4731
*Attorneys for Plaintiff*

Ronny J. Halperin, Esq.
RONNY J. HALPERIN, P.A.
312 S.E. 17th Street - 2nd Floor
Fort Lauderdale, Florida 33316
Telephone:   (954) 767-4804
Facsimile:   (954) 767-4821
*Pro se*

Michael Nachwalter, Esq.
Deborah S. Corbishley, Esq.
KENNY NACHWALTER, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
*Attorneys for the Kluger Peretz Defendants*